| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| *versus* | § § | NO. 1:22-CV-0041-MAC-ZJH |
| $109,520.00 IN UNITED STATES CURRENCY, et al. | § § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On February 7, 2022, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge. On the same day, the United States Government ("Government") instituted this civil forfeiture action (#1). On February 10, 2021, the clerk of court issued a warrant of arrest for $109,520.00 in United States Currency, and the Internal Revenue Service ("IRS") then arrested the property. #7, ¶ 1. The Government posted notice of the forfeiture on an official government Internet website (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on March 26, 2022, and ending on April 24, 2022. *Id.*, ¶ 3. The Government also sent a copy of the Amended Complaint for Forfeiture and Notice of Complaint for Forfeiture by certified mail and regular mail to the last known address of the following potential claimants: Daurence Brooks, Mira Brooks, Brooks Home Realty, L.L.C., DMB Realty, L.L.C., and Kevin Brumfeld. Ex. A, #7-1.

On October 28, 2022, the Government filed its pending Motion for Default Judgment (#7). On October 28, 2022, the Clerk of Court entered default against all potential claimants (#8). On November 2, 2022, United States Magistrate Judge Zack Hawthorn issued

a Report and Recommendation Granting the Motion for Default Judgment (#9). The court has received and considered the report of the magistrate judge. No objections to the report and recommendation have been filed, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (#9) is **ADOPTED.** The Government's Motion for Default Judgment (#7) is **GRANTED**. A final judgment will be entered separately.

SIGNED at Beaumont, Texas, this 22nd day of November, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE